1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    JOE CLARY,                              Case No. 3:18-cv-00477-MMD-WGC

10                          Plaintiff,                ORDER

11        v.

12   MARK, *et al.*,

                             Defendants.
13

14

15   **I.      DISCUSSION**

16          According to the Nevada Department of Corrections inmate database, Plaintiff is

17   no longer incarcerated at Northern Nevada Correctional Center.  Plaintiff has not filed an

18   updated address notification with the Court.  The Court notes that pursuant to Nevada

19   Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written

20   notification of any change of mailing address, email address, telephone number, or

21   facsimile number. The notification must include proof of service on each opposing party

22   or the party's attorney. Failure to comply with this rule may result in the dismissal of the

23   action, entry of default judgment, or other sanctions as deemed appropriate by the court."

24   Nev. Loc. R. IA 3-1.  This Court grants Plaintiff thirty (30) days from the date of entry of

25   this order to file his updated address with this Court.  If Plaintiff does not update the Court

26   with his current address within thirty (30) days from the date of entry of this order, the

27   Court will dismiss this action without prejudice.

28

                                              1

In addition, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order. If Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400. If Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: May 20, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE